**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7275**

DAVID PERKINS,

        Plaintiff - Appellant,

    v.

LT. W. DONOWAY; SGT. S. WILSON; SGT. L. RAMOS,

        Defendants - Appellees,

    and

EDWARD JOHNSON,

        Defendant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Deborah Lynn Boardman, District Judge.  (1:20-cv-00811-DLB)

Submitted:  January 20, 2022                    Decided:  January 25, 2022

Before WILKINSON, DIAZ, and THACKER Circuit Judges.

Dismissed by unpublished per curiam opinion.

David Perkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Perkins seeks to appeal the district court's order denying without prejudice his motion to appoint counsel in his 42 U.S.C. § 1983 proceedings. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Perkins seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *Miller v. Simmons*, 814 F.2d 962, 967 (4th Cir. 1987) (holding that denial of motion to appoint counsel is not immediately appealable). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*